UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JACOB EVERETT HENRY,

      Plaintiff,

v.                               Case No:   2:20-cv-461-JLB-MRM

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____

## ORDER

On April 15, 2021, the assigned United States Magistrate Judge in this case entered a Report and Recommendation ("R&R") recommending that the Commissioner of Social Security's unopposed motion for remand (Doc. 22) be granted.   (Doc. 23.)   Upon consideration of the R&R, and upon independent examination of the file, it is determined that the R&R should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 23) is **ADOPTED** and incorporated by reference in this Order.

2.    The Commissioner's unopposed motion for entry of judgment with remand (Doc. 22) is **GRANTED**.

3.    The Commissioner's decision denying benefits is **REVERSED** and this case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the motion.   (Doc. 22 at 1.)

4.   If Plaintiff prevails in this case on remand, Plaintiff must comply with the Order (Doc. 1) entered on November 14, 2012, in Miscellaneous Case No. 6:12-mc-124-Orl-22.

5.   The Clerk of Court is **DIRECTED** to enter judgment, terminate any pending deadlines, and to close the file.

**ORDERED** at Fort Myers, Florida, on April 22, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

- 2 -