UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JACOB EVERETT HENRY,

    Plaintiff,

v.                                                    Case No:   2:20-cv-461-JLB-MRM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

On July 23, 2021, the Magistrate Judge entered a Report and Recommendation ("R&R") in this case, recommending that Plaintiff's Unopposed Petition for EAJA Fees Pursuant to 28 U.S.C. 2421(d) (Doc. 26) be granted in part and denied in part.  (Doc. 27.)   Specifically, the R&R recommended that the Court award Plaintiff $8,689.24 in attorney's fees, $400 in costs, and $21.15 in expenses. (Id. at 8.)   Neither party has objected and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C).   The factual findings in the R&R need not be reviewed de novo in the absence of an objection, but legal conclusions are always reviewed de novo.   Id.; Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

After an independent review of the record—and noting that no objections have been filed—the Court agrees with the well-reasoned R&R.

Accordingly, it is **ORDERED**:

1. The R&R (Doc. 27) is **ADOPTED**.

2. Plaintiff's Unopposed Petition (Doc. 26) is **GRANTED IN PART** and **DENIED IN PART**. The Court awards Plaintiff $8,689.24 in attorney's fees, $400 in costs, and $21.15 in expenses.

3. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government is **DIRECTED** to pay these amounts directly to Plaintiff's counsel.

4. The Clerk is **DIRECTED** to enter an amended judgment accordingly.

5. The Unopposed Petition (Doc. 26) is **DENIED** to the extent it seeks any greater or different relief than this Order grants.

**ORDERED** at Fort Myers, Florida, on August 9, 2021

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE